UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
AUG 26 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA )  NO. 3:10mj 141
)
vs. )
)
ADRIANO MADEIRA-TELLES )
a/k/a "Adison Madiera-Telles )

## ORDER SEALING COMPLAINT, ARREST WARRANT AND AFFIDAVIT

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint and Arrest Warrant and Affidavit, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Complaint and Arrest Warrant and Affidavit, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 26th day of August, 2010.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE